| Fill in this information to identify the case: |
| --- |
| Debtor Name **Texas Armoring Corporation** |
| United States Bankruptcy Court for the: Western District of Texas |
| Case number: 22-50436 |

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11        12/17

Month:        **November**

Date report filed:  **12/20/2022**
MM / DD / YYYY

Line of business:  **Automotive Customization**

NAISC code:  _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    Texas Armoring Corporation

Original signature of responsible party    *R Kimball*

Printed name of responsible party        Ronald Trent Kimball

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
| --- | --- | :-: | :-: | :-: |
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Texas Armoring Corporation                     Case number 22-50436

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$  2,374.36

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$  48,499.34

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $  44,411.05

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $  4,088.29

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $  6,462.65

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$  29,311.05

    *(Exhibit E)*

Debtor Name  Texas Armoring Corporation          Case number 22-50436

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                      $ 705,557.51

   *(Exhibit F)*

---

### 5. Employees

26.  What was the number of employees when the case was filed?                          4

27.  What is the number of employees as of the date of this monthly report?             5

---

### 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?        $ 0.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 17,500.00

30.  How much have you paid this month in other professional fees?                                  $ 0.00

31.  How much have you paid in total other professional fees since filing the case?                $ 0.00

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A **Projected** | — | Column B **Actual** | = | Column C **Difference** |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 63,490.00 | — | $ 48,499.34 | = | $ 14,990.66 |
| 33. **Cash disbursements** | $ 61,200.00 | — | $ 44,411.05 | = | $ 16,788.95 |
| 34. **Net cash flow** | $ 2,290.00 | — | $ 4,088.29 | = | $ -1,798.29 |

35.  Total projected cash receipts for the next month:                          $ 39,000.00

36.  Total projected cash disbursements for the next month:                   - $ 36,000.00

37.  Total projected net cash flow for the next month:                         = $ 3,000.00

---

Debtor Name  Texas Armoring Corporation

Case number 22-50436

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**Exhibit A.**

3. Due to cash flow issues we have been unable to pay bills on time.

4. Due to cash flow issues we have been unable to make payroll on time.

6. We have been unable to file federal returns from 2018-2021 due to being unable to afford a full-time worker that can prepare the necessary information and hire an accountant to file the returns. Accountant is working on the returns.

**Exhibit B. N/A**

**Exhibit C.**

**DIP Incoming Wire Account # 410012O728**
11.01.2022 - $3,200.00 USD – Balance on PRO-10272022
11.08.2022 - $32,790.00 USD – Balance on 10410
11.23.2022 - $12,500.00 USD – Payment on 10403

**DIP Operating Account # 4100**
11.30.2022 - $9.34 USD – Debit rewards

Exhibit D. – See attached.

Exhibit E.

| Vendor | Date Incurred | Due Date | Purpose |
|---|---|---|---|
| Spectrum (Old Shop) | $ 814.38 | 7/1/2022 | 10/31/2022 | Internet service for business |
| Spectrum (New Shop) | $ 78.27 | 11/16/2022 | 11/16/2022 | |
| SAWS (New Shop) | $ 59.11 | 11/19/2022 | 11/19/2022 | |
| CPS (OLD SHOP) | $ 5,072.91 | 11/19/2022 | 10/31/2022 | Electricity utility service |
| | $ 5,072.91 | | | |
| Toyota Financial | $ 4,835.90 | | 11/30/2022 | financed customer vehicle |
| Optima | $ 3,850.00 | 10/5/2022 | 11/30/2022 | Bullet Resistent Glass |
| Jetter Electric Services | $ 776.25 | 10/31/2022 | 11/30/2022 | Electrical improvements at new shop |
| SPEED GAS | $ 60.01 | 5/23/2022 | 11/30/2022 | Vendor that provides gas and parts for welding machines |
| Tforce Worldwide | $ 2,880.51 | 5/5/2022 | 6/13/2022 | Freight broker used to move shipments of parts |
| Sou-Tier Inc. | $ 1,220.25 | 10/2/2022 | 5/5/2022 | Broker used for import license fees |
| Albert Uresti | $ 1,449.62 | | 11/30/2022 | Personal Property 2022 |
| Total | $ 26,170.12 | | | |

**Exhibit F.**

**PRODUCTION SCHEDULE PRIOR TO FILING (April 29th)**

| Vehicle # | Vehicle Type and Color | Customer | Protection Level/package | Percent Complete | TAC USA Balance Due Upon Completion |
|---|---|---|---|---|---|
| 10360 | 2018 Range Rover LWB Black | NSIMA EKERE | T6 | 50% | $ 40,000.00 |
| 10361 | 2018 Range Rover LWB Black | NSIMA EKERE | T6 | 50% | $ 40,000.00 |
| 10371 | 2019 RAM 1500 | AUTO PRONTO, S.A. DE C.V. | T6 | 95% | $ |
| 10380 | 2020 Yukon Denali | RON RICE | T6 full | 10% | $ 49,240.00 |
| 10384 | 2021 Cadillac Escalade | GOYA FOODS INC | T6 full | 10% | $ 38,250.00 |
| 10385 | 2021 Lexus GX460 | BAVA GROUP LLC | T6 full | 0% | $ 37,500.00 |
| 10389 | 2021 Cadillac Escalade | JOE C. MEN | T6 full | 50% | $ 40,000.00 |
| 10390 | 2021 Lexus LX570 | COMAG STEEL & CONSTRUCTION CO. LTE | T6 full | 90% | $ |
| 10391 | 2021 Chevrolet Tahoe | EXCEPTIONAL AUTO SALES LLC | T6 full | 0% | $ 37,000.00 |
| 10392 | 2019 Toyota Land Cruiser | CHARLES L. HOWLE | T4 partial | 80% | $ 27,008.38 |
| 10393 | 2021 Cadillac Escalade ESV | ELEVEN 11 VENTURES LLC | T6 full | 10% | $ 37,350.00 |
| 10394 | 2021 Toyota Tundra | LUCKY DRAGON COMPANY LIMITED | T6 full | 0% | $ 40,875.00 |
| 10395 | 2022 Cadillac Escalade (SWB) | FISCHER FINANCIAL SERVICES INC | T6 full | 0% | $ 49,900.00 |
| 10396 | 2022 GX460 | JEFFERY S HAWN | T4 partial | 0% | $ 23,003.13 |
| 10397 | 2022 Chevrolet Suburban | LUCKY DRAGON COMPANY LIMITED | T6 full | 0% | $ 43,350.00 |
| 10398 | 2021 Lincoln Navigator L | DENNY MICKY AND CO LTD | T6 full | 0% | $ |
| 10399 | 2022 Lexus GX460 | DARRYL E COPELAND | T6 full | 0% | $ 38,250.00 |
| 10400 | Toyota 4Runner | CHARLES L HOWLE | T4 Partial | 0% | $ 24,302.13 |
| 10401 | 2022 Chevrolet Suburban | STEVEN KLINGER | T4 partial | 0% | $ 22,000.00 |
| 10402 | 2022 Chevrolet Suburban | STEWART LAWRENCE SKLOSS | T4 Partial | 0% | $ 20,000.00 |
| 10403 | 2022 Chevrolet Suburban | STEWART LAWRENCE SKLOSS | T4 partial | 0% | $ 20,000.00 |
| 10404 | 2021 Toyota 4Runner | ISHAYA DANJUMA | T6 full | 0% | $ 49,291.00 |
| 10405 | 2021 Kia Telluride | ISHAYA DANJUMA | T6 full | 0% | $ 49,291.00 |
| 10406 | 2022 F150 | DILLON GAGE INCORPORATED OF DALLAS | T6 full | 0% | $ 54,289.00 |
| 10407 | 2022 F150 | DARRYL E COPELAND | T6 full | 0% | $ 39,175.00 |
| 10408 | 2021 Mercedes S-Class | BANK OF GRAND LAKE | T4 Full | 0% | $ 40,000.00 |
| PRO-V2092022 | 2 Replacement windshields | HAG & LEE IMPORT-EXPORT, INC. | | 0% | $ |
| PRO-12092021 | 2018 Chevrolet Suburban | COLUMBIA PACIFIC MANAGEMENT INC | | 50% | $ |
| PRO-01042022 | Replacement glass/tires | COL STEVEN ELLSWORTH ret. | | 0% | $ - |
| PRO-09222021 | 2 Runflat Assemblies | CROWN HOLDINGS POOL - NON-STRATEGIC | | 0% | $ - |
| PRO-42052020 | Replacement W/S/Suspension/interior repair | AMCOS MEAT DISTRIBUTORS | | 50% | $ |
| | | | | | $ 860,074.64 |

## PRODUCTION SCHEDULE AS OF NOVEMBER 30

| Vehicle # | Vehicle Type and Color | Customer | Protection Level/package | Percent Complete | TAC USA Balance Due Upon Completion |
|---|---|---|---|---|---|
| 10371 | 2019 RAM 1500 | AUTO PRONTO, S.A. DE C.V. | T6 | 95% | $ - |
| 10380 | 2020 Yukon Denali | RON RICE | T6 Full | 10% | $ 49,240.00 |
| 10391 | 2021 Chevrolet Tahoe | EXCEPTIONAL AUTO SALES LLC | T6 Full | 0% | $ 37,000.00 |
| 10393 | 2021 Cadillac Escalade ESV | ELEVEN 11 VENTURES LLC | T6 Full | 95% | $ - |
| 10394 | 2021 Toyota Tundra | LUCKY DRAGON COMPANY LIMITED | T6 Full | 0% | $ 40,875.00 |
| 10395 | 2022 Cadillac Escalade (SWB) | FISCHER FINANCIAL SERVICES INC | T6 Full | 0% | $ 49,900.00 |
| 10396 | 2022 GX460 | JEFFERY S HAWN | T4 partial | 0% | $ 23,003.13 |
| 10397 | 2022 Chevrolet Suburban | LUCKY DRAGON COMPANY LIMITED | T6 Full | 0% | $ 43,350.00 |
| 10398 | 2021 Lincoln Navigator L | DENNY MICKY AND CO LTD | T6 Full | 0% | $ - |
| 10399 | 2022 Lexus GX460 | DARRYL E COPELAND | T6 Full | 0% | $ 38,250.00 |
| 10400 | Toyota 4Runner | CHARLES L HOWLE | T4 Partial | 0% | $ 24,302.13 |
| 10401 | 2022 Chevrolet Suburban | STEVEN KLINGER | T6 Full | 0% | $ 22,000.00 |
| 10403 | 2022 Chevrolet Suburban | STEWART LAWRENCE SKLOSS | T4 partial | 90% | $ 11,341.25 |
| 10404 | 2021 Toyota 4Runner | ISHAYA DANJUMA | T6 Full | 0% | $ 49,291.00 |
| 10405 | 2021 Kia Telluride | ISHAYA DANJUMA | T6 Full | 0% | $ 49,291.00 |
| 10406 | 2022 F150 | DILLON GAGE INCORPORATED OF DALLAS | T6 Full | 0% | $ 54,289.00 |
| 10407 | 2022 F150 | DARRYL E COPELAND | T6 Full | 0% | $ 39,175.00 |
| 10408 | 2021 Mercedes S-Class | BANK OF GRAND LAKE | T4 Full | 0% | $ 40,000.00 |
| 10409 | 2022 Cadillac Escalade | EARL STEVENS | T6 Full | 0% | $ 42,500.00 |
| 10411 | 2022 Chevrolet Suburban | GONEMAROON LIVING TRUST | T6 Full | 0% | $ 47,500.00 |
| 10412 | 2021 Lexus LM800h | SOKHO NUON | T4 Full | 0% | $ 44,250.00 |
| PRO-02092022 | 2 Replacement windshields | HAIG & LEE IMPORT-EXPORT, INC. | | 0% | $ - |
| PRO-09302022 | Runflat Assembly | CHARLES L HOWLE | | 0% | $ - |
| PRO-10142022 | Replacement Rolls-Royce Glass | JESSI LANDERS | | 0% | $ - |
| PRO-12092021 | 2018 Chevrolet Suburban | COLUMBIA PACIFIC MANAGEMENT INC | | 60% | $ - |
| PRO-01042022 | Replacement glass/tires | COL STEVEN ELLSWORTH ret. | | 0% | $ - |
| PRO-09222021 | 2 Runflat/Assemblies | CROWN HOLDINGS POOL - NON-STRATEGIC | | 0% | $ - |
| | | | | | $ 705,557.51 |

8. Additional Information

38.  Statements attached.

**Exhibit D**
**DIP Operating Account**
**Date**                                                                      **Payee**

| Date | Payee |
| --- | --- |
| 11/1/2022 | Automotive Armor |
| 11/1/2022 | Google Gsuite |
| 11/1/2022 | AT&T Mobile |
| 11/2/2022 | Speed Industrial Gas |
| 11/2/2022 | Advance Auto Parts |
| 11/3/2022 | Broadway Bank |
| 11/3/2022 | Ronald Kimball |
| 11/7/2022 | Daniel Velici |
| 11/8/2022 | Godaddy |
| 11/8/2022 | Broadway Bank |
| 11/8/2022 | Optima Ballistic Glass Corp |
| 11/9/2022 | Toyota of Boerne |
| 11/9/2022 | Michael Weaver |
| 11/9/2022 | Michael Weaver |
| 11/9/2022 | Lawrence Kosub |
| 11/9/2022 | Lawrence Kosub |
| 11/9/2022 | Ronald Kimball |
| 11/9/2022 | Ronald Kimball |
| 11/9/2022 | Adrian Garza |
| 11/9/2022 | Adrian Garza |
| 11/9/2022 | Alamo Iron Works |
| 11/10/2022 | North Park Lexus |
| 11/10/2022 | Amazon |
| 11/10/2022 | Chase Credit Services |
| 11/10/2022 | Javier Garza |
| 11/10/2022 | Javier Garza |
| 11/10/2022 | Rogelio Esquivel |
| 11/10/2022 | Northeast Customs |
| 11/10/2022 | Northeast Customs |
| 11/14/2022 | Northern Tool Equipment |
| 11/14/2022 | Walmart |
| 11/14/2022 | LS Technologies |
| 11/14/2022 | Spectrum |
| 11/14/2022 | Universal Toyota |
| 11/14/2022 | Broadway Bank |
| 11/14/2022 | Broadway Bank |
| 11/14/2022 | Ringcentral |
| 11/14/2022 | Toyota of Boerne |
| 11/15/2022 | Jetter Electrical Services |
| 11/15/2022 | Bank of San Antonio |
| 11/15/2022 | Toyota of Boerne |
| 11/15/2022 | V&M Paint Supplies |
| 11/16/2022 | American Glass Distributors |
| 11/22/2022 | AT&T Mobile |

| | |
|---|---|
| 11/25/2022 | 1&1 Webhosting |
| 11/25/2022 | Michael Weaver |
| 11/28/2022 | Javier Garza |
| 11/28/2022 | Adrian Garza |
| 11/28/2022 | Lawrence Kosub |
| 11/29/2022 | Ronald Kimball |
| 11/30/2022 | Broadway Bank |
| 11/30/2022 | Rogelio Esquivel |

DIP Incoming Account

| **Date** | **Payee** |
|---|---|
| 11/1/2022 | Broadway Bank |
| 11/8/2022 | Broadway Bank |
| 11/14/2022 | Broadway Bank |
| 11/30/2022 | Broadway Bank |

| Purpose | Amount |
|---|---|
| Balance for invoice 60194 | $ 789.27 |
| Office email system | $ 255.84 |
| Office cell phone account | $ 521.57 |
| Paymend to vendor for shop gas and welding material | $ 173.47 |
| Shop Supplies | $ 22.99 |
| Outgoing wire fee | $ 30.00 |
| Loan repayment to Ronald Kimball | $ 500.00 |
| Payment for transport 10402 | $ 275.00 |
| Webhosting services | $ 29.99 |
| Foreign wire fee | $ 50.00 |
| remaining balance on ballistic glass set for 10410 | $ 3,850.00 |
| Part for 10410 | $ 71.28 |
| Employee pay for pay period 10.19.2022-10.25.2022 | $ 959.93 |
| Employee pay for pay period 10.26.2022-11.1.2022 | $ 624.54 |
| Employee pay for pay period 10.19.2022-10.25.2022 | $ 1,735.78 |
| Employee pay for pay period 10.26.2022-11.1.2022 | $ 1,735.78 |
| Employee pay for pay period 10.19.2022-10.25.2022 | $ 1,322.54 |
| Employee pay for pay period 10.26.2022-11.1.2022 | $ 1,322.54 |
| Employee pay for pay period 10.19.2022-10.25.2022 | $ 676.64 |
| Employee pay for pay period 10.26.2022-11.1.2022 | $ 676.64 |
| Shop Supplies | $ 37.41 |
| part for PRO-08032022 | $ 48.99 |
| Office Supplies | $ 23.80 |
| Payment on company credit card | $ 1,500.00 |
| Employee pay for pay period 10.19.2022-10.25.2022 | $ 1,192.06 |
| Employee pay for pay period 10.26.2022-11.1.2022 | $ 1,192.06 |
| Subcontractor welding deposit for 10403 | $ 2,150.00 |
| November Rent (partial) | $ 9,420.00 |
| November Rent (remaining) | $ 580.00 |
| Shop Supplies | $ 97.41 |
| Shop Supplies | $ 24.87 |
| Liftgate shocks on 10410 | $ 230.00 |
| Company internet services | $ 125.31 |
| Part for 10410 | $ 9.90 |
| Bank service fee | $ 25.00 |
| Bank service fee | $ 2.30 |
| Company office phone system | $ 469.94 |
| Wheel assembly for PRO-09302022 | $ 500.70 |
| Payment for electrical work at shop | $ 1,668.75 |
| Facility insurance premium | $ 1,423.01 |
| Tire for PRO-09302022 | $ 460.00 |
| Paint supplies used on all vehicles | $ 38.97 |
| Urethane used on vehicles | $ 67.99 |
| Company Cell Phone Plan | $ 503.27 |

| | | |
|---|---|---:|
| Webhosting services | $ | 74.95 |
| Employee pay for pay period 11.2.2022-11.8.2022 | $ | 624.54 |
| Employee pay for pay period 11.2.2022-11.8.2022 | $ | 1,192.06 |
| Employee pay for pay period 11.2.2022-11.8.2022 | $ | 676.64 |
| Employee pay for pay period 11.2.2022-11.8.2022 | $ | 1,735.78 |
| Employee pay for pay period 11.2.2022-11.8.2022 | $ | 1,322.54 |
| Bank maintenance fee | $ | 22.00 |
| Deposit for subcontractor welding services on PRO-12092021 | $ | 1,280.00 |

| | | |
|---|---|---:|
| **Total Debits** | **$** | **44,344.05** |

| Purpose | Amount | |
|---|---|---:|
| Incoming wire fee | $ | 15.00 |
| Bank maintenance fee | $ | 15.00 |
| Incoming wire fee | $ | 15.00 |
| Bank maintenance fee | $ | 22.00 |

| | | |
|---|---|---:|
| **Total Debits** | **$** | **67.00** |

| | | |
|---|---|---:|
| **Total Debits for Incoming and Operating Accounts** | **$** | **44,411.05** |

# ⬢ BROADWAY BANK

*1177 N.E. Loop 410*
*San Antonio, TX 78209*

Account Number
••••••0728
Page 1 of 2          0

*broadway.bank*
*800.531.7650*

TEXAS ARMORING CORPORATION
DEBTOR IN POSSESSION
CASE #22-50436-MMP
WIRE TRANSFER ACCT
4323 FACTORY HILL ST
SAN ANTONIO TX 78219-2702

# Bank Statement

## SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of Nov 30, 2022 | YTD Interest |
|---|---|---|---|
| PREFERRED BUSINESS CHECKING | ••••••0728 | $22.58 | $0.00 |

This statement reports your balances and activity from Oct 31, 2022 thru Nov 30, 2022 on the following accounts.

| PREFERRED BUSINESS CHECKING | Account #••••••0728 | Balance: $22.58 |
|---|---|---|
| Balance Last Statement | | 549.58 |

| Deposits/Credits | | 48,490.00 |
|---|---|---|
| Nov 01 | WIRE IN 0800 NUON SOKHO JPMORGAN CHASE 16 | 3,200.00 |
| Nov 08 | WIRE IN 1021 CODY JAMES HALL WELLS FARGO SF 37 | 32,790.00 |
| Nov 23 | melio Frontier S e12624150 | 12,500.00 |

| Total Debits | | 49,017.00 |
|---|---|---|

| Other Withdrawals | | |
|---|---|---|
| Nov 01 | IB XFER TO DDA 004100120732 IB TFR RF#081614004370 CARD# | 3,700.00 |
| Nov 01 | INCOMING WIRE | 15.00 |
| Nov 08 | IB XFER TO DDA 004100120732 IB TFR RF#103948003878 CARD# | 32,800.00 |
| Nov 08 | INCOMING WIRE | 15.00 |
| Nov 14 | Consolidated Broadway Services | 15.00 |
| Nov 23 | IB XFER TO DDA 004100120732 IB TFR RF#170804006590 CARD# | 12,450.00 |
| Nov 30 | Maintenance Fee | 22.00 |

**BROADWAY** BANK

*1177 N.E. Loop 410*
*San Antonio, TX 78209*

Account Number
1190130728
Page 2 of 2          0

*broadway.bank*
*800.531.7650*

| Balance This Statement | | | | | 22.58 |
|---|---|---|---|---|---|

Running Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10-31 | $549.58 | 11-08 | $9.58 | 11-23 | $44.58 |
| 11-01 | $34.58 | 11-14 | -$5.42 | 11-30 | $22.58 |

END OF STATEMENT

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT, PLEASE CONTACT DEPOSIT OPERATIONS**
**By Phone: 210.283.6500/800.531-7650 * By Mail:  P.O. Box 17001, San Antonio, TX 78217**

<u>In Case of Errors or Questions About Your Electronic Transfers</u> (e.g. ATM or debit card transactions, direct deposits or withdrawals) Telephone us at 210.283.6500 or 800.531.7650 or write us at Card Operations, P.O. Box 17001, San Antonio, TX 78217 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 30 days after we sent you the FIRST statement on which the error or problem appeared.  (1)Include your name and account number; (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and (3) Tell us the dollar amount of the suspected error.  (If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.)
We will investigate and if we find we have made an error, we will credit your account when the investigation has been completed.
<u>Reporting Other Problems</u> (e.g. Unauthorized Signature or Alteration)  You must examine your statement promptly and notify us in writing, within 30 days after the date your statement was mailed or otherwise made available to you, of the facts relevant to any errors, problems or unauthorized transactions on your account.  If you fail to report any unauthorized signatures, alterations, or forgeries within 30 days of when your statement was sent or made available, you cannot assert a claim against us and the loss will be entirely yours.
<u>Deposit Agreement</u> Your account is governed by the terms of your Deposit Agreement, the Fee Schedule, and other disclosures provided at account opening and amended from time to time.  Copies of the current versions of these documents are available at any Banking Center or by calling 210.283.6500 or 800.531.7650.

# BROADWAY BANK

1177 N.E. Loop 410
San Antonio, TX 78209

Account Number
**********0732
Page 1 of 3          23

broadway.bank
800.531.7650

TEXAS ARMORING CORPORATION
DEBTOR IN POSSESSION
CASE # 22-50436-MMP
OPERATING ACCOUNT
4323 FACTORY HILL ST
SAN ANTONIO TX 78219-2702

## Bank Statement
### SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of Nov 30, 2022 | YTD Interest |
|---|---|---|---|
| PREFERRED BUSINESS CHECKING | ******0732 | $6,440.07 | $0.00 |

This statement reports your balances and activity from Oct 31, 2022 thru Nov 30, 2022 on the following accounts.

| PREFERRED BUSINESS CHECKING | Account ******0732 | Balance: $6,440.07 |
|---|---|---|
| Balance Last Statement | | 1,824.78 |

| Deposits/Credits | | 48,959.34 |
|---|---|---|
| Nov 01 | IB XFER FR DDA 004100120728 IB TFR RF#081614004370 CARD# | 3,700.00 |
| Nov 08 | IB XFER FR DDA 004100120728 IB TFR RF#103948003878 CARD# | 32,800.00 |
| Nov 23 | IB XFER FR DDA 004100120728 IB TFR RF#170804006590 CARD# | 12,450.00 |
| Nov 30 | DEBIT CARD REWARDS | 9.34 |

| Total Debits | 44,344.05 |
|---|---|

| Checks Written | | | | | 33,326.56 |
|---|---|---|---|---|---|
| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
| 4300 | 11-01 | 789.27 | 4312 | 11-09 | 1,322.54 |
| 4301 | 11-02 | 173.47 | 4313 | 11-10 | 9,420.00 |
| 4302 | 11-07 | 275.00 | 4314 | 11-10 | 2,150.00 |
| 4303 | 11-09 | 676.64 | 4315 | 11-10 | 580.00 |
| 4304 | 11-10 | 1,192.06 | 4316 | 11-15 | 1,668.75 |
| 4305 | 11-09 | 1,735.78 | 4317 | 11-28 | 676.64 |
| 4306 | 11-09 | 959.93 | 4318 | 11-28 | 1,192.06 |
| 4307 | 11-09 | 1,322.54 | 4319 | 11-28 | 1,735.78 |
| 4308 | 11-09 | 676.64 | 4320 | 11-25 | 624.54 |
| 4310* | 11-09 | 1,735.78 | 4321 | 11-29 | 1,322.54 |
| 4311 | 11-09 | 624.54 | 4322 | 11-30 | 1,280.00 |

* DENOTES MISSING CHECK NUMBER

# ◢ BROADWAY BANK

1177 N.E. Loop 410
San Antonio, TX 78209

Account Number
●●●●●0732
Page 2 of 3          23

broadway.bank
800.531.7650

## Checks Written

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---|---|---|---|---|---|
| 904309* | 11-10 | 1,192.06 | | | |

\* DENOTES MISSING CHECK NUMBER

## Other Withdrawals

| | | |
|---|---|---|
| Nov 01 | POS GOOGLE GSUITE_texa POS EFT RF#000494 650-2530000 CA CARD#9373 | 255.84 |
| Nov 01 | POS ATT* BILL PAYMENT POS EFT RF#067596 800-331-0500 TX CARD#9373 | 521.57 |
| Nov 02 | VIS ADVANCE AUTO PARTS VIS EFT RF#008523 SAN ANTONIO TX CARD#9373 | 22.99 |
| Nov 03 | OUTGOING WIRE | 30.00 |
| Nov 03 | WIRE OUT 1000 RONALD TRENT KIMBALL RANDOLPH-BR FCU UC | 500.00 |
| Nov 08 | POS DNH*GODADDY COM POS EFT RF#011094 https: www g AZ CARD#9373 | 29.99 |
| Nov 08 | FOREIGN WIRE | 50.00 |
| Nov 08 | WIRE OUT 1200 OPTIMA BALLISTIC GLASS CORP CITIBANK NYC | 3,850.00 |
| Nov 09 | VIS TOYOTA OF BOERNE VIS EFT RF#040004 210-8701800 TX CARD#9373 | 71.28 |
| Nov 09 | VIS ALAMO IRON WORKS VIS EFT RF#095681 713-697-7105 TX CARD#9373 | 37.41 |
| Nov 10 | CHASE CREDIT CRD EPAY 6311309043 | 1,500.00 |
| Nov 10 | VIS NORTH PARK LEXUS OF VIS EFT RF#081610 210-3085744 TX CARD#9373 | 48.99 |
| Nov 10 | VIS Amazon com*HB0H92Z9 VIS EFT RF#032820 Amzn com bill WA CARD#9373 | 23.80 |
| Nov 14 | POS SPECTRUM POS EFT RF#045866 855-707-7328 MO CARD#9373 | 125.31 |
| Nov 14 | VIS LS TECHNOLOGIES VIS EFT RF#039658 306-683-5000 SK CARD#9373 | 230.00 |
| Nov 14 | VIS WAL-MART #3112 VIS EFT RF#054654 SAN ANTONIO TX CARD#9373 | 24.87 |
| Nov 14 | VIS NORTHERN TOOL EQUIP VIS EFT RF#043203 LIVE OAKS TX CARD#9373 | 97.41 |
| Nov 14 | VIS UNIVERSAL TOYOTA SE VIS EFT RF#040025 SAN ANTONIO TX CARD#9373 | 9.90 |
| Nov 14 | Consolidated Broadway Services | 25.00 |
| Nov 14 | INTERNATIONAL SERVICE FEE | 2.30 |
| Nov 14 | POS RINGCENTRAL INC POS EFT RF#048392 888-898-4591 CA CARD#9373 | 469.94 |
| Nov 14 | VIS TOYOTA OF BOERNE VIS EFT RF#060001 210-8701800 TX CARD#9373 | 500.70 |
| Nov 15 | BOSA INSUR GROUP INS PREMIU Texas Armoring Corp | 1,423.01 |
| Nov 15 | VIS TOYOTA OF BOERNE VIS EFT RF#090001 210-8701800 TX CARD#9373 | 460.00 |
| Nov 15 | VIS V & M PAINT SUPPLIE VIS EFT RF#000004 SAN ANTONIO TX CARD#9373 | 38.97 |
| Nov 16 | VIS AMERICAN GLASS - SA VIS EFT RF#094519 SAN ANTONIO TX CARD#9373 | 67.99 |
| Nov 22 | ATT Payment xxxxx9001EPAYS | 503.27 |
| Nov 25 | VIS WWW 1AND1 COM VIS EFT RF#083454 CHESTERBROOK PA CARD#9373 | 74.95 |
| Nov 30 | Maintenance Fee | 22.00 |

## Balance This Statement

6,440.07

### Running Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10-31 | $1,824.78 | 11-09 | $22,663.57 | 11-23 | $13,359.24 |
| 11-01 | $3,958.10 | 11-10 | $6,556.66 | 11-25 | $12,659.75 |
| 11-02 | $3,761.64 | 11-14 | $5,071.23 | 11-28 | $9,055.27 |
| 11-03 | $3,231.64 | 11-15 | $1,480.50 | 11-29 | $7,732.73 |
| 11-07 | $2,956.64 | 11-16 | $1,412.51 | 11-30 | $6,440.07 |
| 11-08 | $31,826.65 | 11-22 | $909.24 | | |

E N D  O F  S T A T E M E N T

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT, PLEASE CONTACT DEPOSIT OPERATIONS**
**By Phone: 210.283.6500/800.531-7650 * By Mail:  P.O. Box 17001, San Antonio, TX  78217**

<u>In Case of Errors or Questions About Your Electronic Transfers</u> (e.g. ATM or debit card transactions, direct deposits or withdrawals) Telephone us at 210.283.6500 or 800.531.7650 or write us at Card Operations, P.O. Box 17001, San Antonio, TX 78217 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 30 days after we sent you the FIRST statement on which the error or problem appeared.  (1)Include your name and account number; (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and (3) Tell us the dollar amount of the suspected error.  (If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.)

We will investigate and if we find we have made an error, we will credit your account when the investigation has been completed.

<u>Reporting Other Problems</u> (e.g. Unauthorized Signature or Alteration)  You must examine your statement promptly and notify us in writing, within 30 days after the date your statement was mailed or otherwise made available to you, of the facts relevant to any errors, problems or unauthorized transactions on your account.  If you fail to report any unauthorized signatures, alterations, or forgeries within 30 days of when your statement was sent or made available, you cannot assert a claim against us and the loss will be entirely yours.

<u>Deposit Agreement</u> Your account is governed by the terms of your Deposit Agreement, the Fee Schedule, and other disclosures provided at account opening and amended from time to time.  Copies of the current versions of these documents are available at any Banking Center or by calling 210.283.6500 or 800.531.7650.

CHECKS IN THIS STATEMENT



Ck# 4300 Amt $789.27 11-1-2022

Ck# 4305 Amt $1,735.78 11-9-2022

Ck# 4301 Amt $173.47 11-2-2022

Ck# 4306 Amt $959.93 11-9-2022

Ck# 4302 Amt $275.00 11-7-2022

Ck# 4307 Amt $1,322.54 11-9-2022



Ck# 4303 Amt $676.64 11-9-2022

Ck# 4308 Amt $676.64 11-9-2022



Ck# 4304 Amt $1,192.06 11-10-2022

Ck# 4310 Amt $1,735.78 11-9-2022



Ck# 4311 Amt $624.54 11-9-2022

Ck# 4316 Amt $1,668.75 11-15-2022

Ck# 4312 Amt $1,322.54 11-9-2022

Ck# 4317 Amt $676.64 11-28-2022



Ck# 4313 Amt $9,420.00 11-10-2022

Ck# 4318 Amt $1,192.06 11-28-2022

Ck# 4314 Amt $2,150.00 11-10-2022

Ck# 4319 Amt $1,735.78 11-28-2022



Ck# 4315 Amt $580.00 11-10-2022

Ck# 4320 Amt $624.54 11-25-2022



Ck# 4321 Amt $1,322.54 11-29-2022



Ck# 4322 Amt $1,280.00 11-30-2022



Ck# 904309 Amt $1,192.06 11-10-2022