IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-50436-MMP |
| TEXAS ARMORING CORPORATION, | § | |
| DEBTOR(S) | § | CHAPTER 11 |

**DEBTOR'S MOTION TO CONVERT TO A CHAPTER 7 PROCEEDING**

TO THE HONORABLE MICHAEL M. PARKER, UNITED STATES BANKRUPTCY JUDGE:

NOW COMES, TEXAS ARMORING CORPORATION, Debtor-in-Possession, and files this Motion to Convert its Case to a Chapter 7 Proceeding and would respectfully move as follows:

1. The Debtor filed for protection under Chapter 11 of the Bankruptcy Code on April 29, 2022 (Docket Text No. 1).

2. The Debtor moves to convert its case to a Chapter 7 proceeding pursuant to 11 U.S.C. §1112.

3. The Debtor has attempted to reorganize, but realizes that it will be unable to propose a confirmable plan of reorganization.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that its case be converted to a Chapter 7 proceeding under the Bankruptcy Code.

Respectfully submitted,

JAMES S. WILKINS, P.C.

BY: /s/James S. Wilkins
JAMES S. WILKINS
Attorneys for Debtor
1100 NW Loop 410, Ste. 700
San Antonio, Texas 78213
Telephone: (210) 271-9212
Facsimile: (210) 271-9389
State Bar No. 21486500

**Certificate of Service**

I hereby certify that on the 17th day of April, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of filing to those entitled including the following:

    U.S. Trustee
    615 E. Houston Street, Suite 533
    San Antonio, Texas 78205

and hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants listed below and on the attached hereto on August 14, 2018.

    Texas Armoring Corporation
    4323 Factory Hill St.
    San Antonio, Texas 78219

                      JAMES S. WILKINS, P.C.

        BY:   /s/James S. Wilkins
                 JAMES S. WILKINS
                 Attorneys for Debtor

**CREDITOR MAIL MATRIX LIST**
**(Attached hereto)**