

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 24, 2023**

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE
_____

```
               IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE WESTERN DISTRICT OF TEXAS
                       SAN ANTONIO DIVISION

IN RE:                             §        CASE NO.   22-50436-MMP
TEXAS ARMORING CORPORATION,        §
DEBTOR(S)                          §        CHAPTER    11
```

**ORDER CONVERTING CASE TO A CHAPTER 7 CASE**

CAME ON for hearing the Motion of the Debtor to Convert Case to Chapter 7 (the "Motion"). The Court finds that proper notice was given for the Motion. Based on the record before the Court, the Court finds that cause exists to convert this case to Chapter 7. Therefore, it is hereby

ORDERED, that:

1. The Motion is granted;

2. The case is converted to a case under Chapter 7;

3. Pursuant to Local Rule 1019, the debtor shall, within 14 days after the effective date of conversion, file an amended schedule indicating any changes to its creditor list, schedules, and statements

of financial affairs as may be applicable, or amend such items to reflect any changes, including but limited to the inclusion of any property acquired or disposed of since the entry of the order for relief under chapter 11. If no amendments are necessary, the debtor shall file a certificate to that effect during the 14 day period;

4. Within 14 days after conversion of this case, the debtor shall file a schedule of unpaid debts incurred after commencement of the Chapter 11 case in accordance with Fed. R. Bankr. P. 1019(5); and

5. Within 30 days after conversion of this case, the debtor shall file and transmit to the United States Trustee a final report and account in accordance with Fed. R. Bankr. P. 1019(5).

###

PREPARED & SUBMITTED BY:

JAMES S. WILKINS, P.C
JAMES S. WILKINS
Attorney for Debtor
1100 NW Loop 410, Suite 700
San Antonio, Texas 78213
Telephone: (210) 271-9212
Facsimile: (210) 271-9389
State Bar No. 21486500